

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00428-CR

Jessica Yvette **GARANZUAY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 420081
Honorable Wayne A. Christian, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, appellant's motion is GRANTED and this appeal is DISMISSED.

SIGNED December 9, 2015.

_____
Karen Angelini, Justice